**Frederick C. FERMIN, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 12–50750

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 31, 2012.

Frederick C. Fermin, San Antonio, TX, pro se.

Dimitri Narciso Rocha, U.S. Attorney's Office, San Antonio, TX, for Defendant–Appellee.

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The District Court's Memorandum Decision sets forth the facts of this case and its procedural history, including Appellant's history of initiating abusive litigation. The court has carefully considered this appeal, and we find no reversible error of fact or law. We GRANT Appellee's Motion for Summary Affirmance. We DENY Appellant's Motion to Expedite Appeal as moot. The judgment of the district court is AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.